UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Ronald Dawson                  Docket No. 5:06-CR-61-1FL

**Petition for Action on Supervised Release**

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald Dawson, who, upon an earlier plea of guilty to 18 USC § 922(g)(1), Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on March 21, 2007, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of three years.

Ronald Dawson was released from custody on January 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 24, 2015, the defendant submitted a urine sample that tested positive for cocaine use. The defendant has been confronted with the results and admits to using this substance. We will continue to monitor his drug use through the Surprise Urinalysis Program. As a sanction for this conduct, we are recommending that the conditions of supervision be modified to include two days in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of two days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mark L. Culp
Mark L. Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2543
Executed On: October 7, 2015

**ORDER OF THE COURT**

Considered and ordered this 13th day of October, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge