UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:06-CR-61-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER WITHDRAWING MOTION FOR REVOCATION |
| vs. | ) | |
| **Ronald Dawson** | ) | |

On March 21, 2007, Ronald Dawson appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Ronald Dawson was released from custody and the term of supervised release commenced on January 30, 2015.

From evidence presented at the revocation hearing on November 6, 2017, the court finds as a fact that Ronald Dawson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

It now appears that the ends of justice would best be served by withdrawing the motion for revocation before the court this date and the supervision be allowed to expire.

This the 20th day of February, 2018.

Louise W. Flanagan
U.S. District Judge